UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES T MCCARTHY, | Case No. 16-cv-06820-HSG (PR) |
| Petitioner, | |
| v. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME** |
| SCOTT FRAUENHEIM, Warden, | Re: Dkt. No. 16 |
| Respondent. | |

Good cause appearing, petitioner's motion for an extension of time to make his election regarding his mixed habeas petition is GRANTED. Petitioner shall file his election by **January 31, 2018**. Petitioner's request for information on the statute of limitations is DENIED. Petitioner is advised that the Court cannot provide legal advice.

This order terminates Docket No. 16.

**IT IS SO ORDERED.**

Dated: 12/27/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge