UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES T MCCARTHY,<br><br>Petitioner,<br><br>v.<br><br>CRAIG KOENIG,<br><br>Respondent. | Case No. 16-cv-06820-HSG<br><br>**ORDER DENYING REQUEST FOR JUDGMENT**<br><br>Re: Dkt. No. 42 |

Petitioner has filed a motion titled "Motion Seeking Leave to Submit a Motion for Judgment." Dkt. No. 42. This motion requests that the Court promptly order the writ of habeas corpus in petitioner's favor and render judgment in petitioner's favor. Dkt. No. 42-1 at 1. Petitioner's request is DENIED as premature. The habeas petition is fully submitted and will be decided in due course.

This order terminates Dkt. No. 42.

**IT IS SO ORDERED.**

Dated: 6/29/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge